# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

**LUKMAN YAHYA,**

    Petitioner,

vs.

**ERIC HOLDER, et al.,**

    Respondents.

Civil Action Number
4:14-cv-01998-AKK-TMP

## MEMORANDUM OPINION

The magistrate judge filed his report and recommendation on September 21, 2015, recommending dismissal of petitioner's 28 U.S.C. § 2241 petition for *habeas corpus* relief.  (Doc.12).  No objections to the report and recommendation have been filed.  The copy of the report and recommendation sent to the petitioner was returned as undeliverable, marked "No Longer Here."  (Doc. 13).  Having now carefully considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be **ADOPTED** and the recommendation **ACCEPTED**.

It is therefore **ORDERED** that the petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 in the above-styled cause be and hereby is **DENIED** and **DISMISSED** as **MOOT**.

**DONE** the 30th day of October, 2015.

                                             _____
                                                          **ABDUL K. KALLON**
                                           UNITED STATES DISTRICT JUDGE